IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Robert Smalls, | ) | Civil Action No.: 0:12-cv-01189-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| William R. Byars, Jr.; Levern Cohen; | ) | |
| Edsel T. Taylor; John R. Pate; Joan E. | ) | |
| Peck; Susan Williams, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, Robert Smalls, ("Plaintiff"), a self-represented state prisoner, brings this action pursuant to 42 U.S.C. § 1983.

This matter is before the Court after the issuance of the Report and Recommendation ("R&R") of United States Magistrate Judge Paige J. Gossett[1] [R&R, Doc. # 11.] In the R&R, the magistrate recommends that the Court dismiss the Complaint without prejudice and without service of process. Plaintiff filed objections to the R&R on July 31, 2012. [ Obj., Doc. # 13.]

**Standard of Review**

The Magistrate Judge makes only a recommendation to the district court. The recommendation has no presumptive weight. The responsibility to make a final determination remains with the district court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). The district court is charged with making a *de novo* determination of those portions of the Report to which specific objection is made, and the court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge, or recommit the matter with instructions. 28 U.S.C. §

---

[1] In accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02, D.S.C. , this matter was referred to United States Magistrate Judge Gossett for pretrial handling.

636(b)(1).

The district court is obligated to conduct a *de novo* review of every portion of the Magistrate

Judge's report to which objections have been filed. *Id.* However, the court need not conduct a *de*

*novo* review when a party makes only "general and conclusory objections that do not direct the court

to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson*,

687 F.2d 44, 47 (4th Cir. 1982). The Court reviews only for clear error in the absence of a specific

objection. *See Diamond v. Colonial Life & Accident Ins*. Co., 416 F.3d 310 (4th Cir.2005).

## Discussion

The Court reiterates that it may only consider objections to the R&R that direct this Court

to a specific error. *See* Fed. R. Civ. P. 72(b); *see United States v. Schronce*, 727 F.2d 91, 94 n.4 (4th

Cir. 1984); *Wright v. Collins*, 766 F.2d 841, 845-47 nn.1-3 (4th Cir. 1985). "Courts have . . . held

*de novo* review to be unnecessary in . . . situations when a party makes general and conclusory

objections that do not direct the court to a specific error in the magistrate's proposed findings and

recommendation." *Orpiano*, 687 F.2d at 47. Furthermore, in the absence of specific objections to

the Report and Recommendation, this Court is not required to give any explanation for adopting the

recommendation. *Camby v. Davis*, 718 F.2d 198 (4th Cir. 1983). This Court has reviewed the one-

page submission that Plaintiff styles as his "objections," and it is without merit. Plaintiff merely

requests that the Court serve the Summons and Complaint. [Obj., Doc. # 13.] Plaintiff fails to take

issue with any finding in the R&R. [*Id*.] Accordingly, none of the "objections" offered by Plaintiff

meet the applicable standard set above.

In light of the Petitioner's failure to assert any specific objections to the R&R, this Court is

not required to respond to his statements because "a district judge should not have to guess what

2

arguments an objecting party depends on when reviewing a magistrate's report." *See Monahan v. Burtt*, No. CIVA 205-2201-RBH, 2006 WL 2796390, at *9 (D.S.C. Sept. 27, 2006) (quoting *Lockert v. Faulkner*, 843 F.2d 1015, 1019 (7th Cir. 1988)). The issues in this case were correctly addressed by the magistrate and this Court will not address the issues a second time.

## Conclusion

The Court has thoroughly analyzed the entire record, including the R&R, objections to the R&R, and the applicable law. The Court has further conducted the required review of all of Petitioner's objections and finds them without merit. For the reasons stated above and by the magistrate, the Court hereby overrules all of Petitioner's objections and adopts the magistrate's R&R.

**IT IS THEREFORE ORDERED** that Plaintiff's Complaint is DISMISSED *without prejudice* and without service of process.

**IT IS SO ORDERED**.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

Florence, South Carolina
August 6, 2012